**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 6, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40424
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ULISSES HERNANDEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:02-CR-291-1
--------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Ulisses Hernandez appeals his sentence following a guilty-plea for credit card fraud.  Hernandez challenges the district court's denial of a reduction for acceptance of responsibility.  The district court's finding that Hernandez failed to admit all relevant conduct for which he is accountable is supported by information in the PSR.  This finding forms a sufficient and independent basis to support the trial court's denial of credit

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for acceptance of responsibility.  No error has been shown.

Accordingly, the district court's judgment is AFFIRMED.